**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON GROSSINGER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2039** |
| | : | |
| **GOOGLE LLC, *et al.*,** | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 29th day of July, 2026, upon consideration of Plaintiff Brandon Grossinger's *pro se* Amended Complaint (ECF No. 27) and Motion to Proceed *In Forma Pauperis* (ECF No. 28), it is **ORDERED** that:

1. The Motion to Proceed *In Forma Pauperis* is **DENIED** because the Court has already granted Grossinger this relief. (*See* ECF No. 23.)

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

S/ **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**